**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SARAH RESSEL and TANNER RESSEL<br>Individually and as parents and next<br>Friend, for the minor child,<br>C.R.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>LAURA WHITE, D.O., ANGELA FARMER,<br>A.R.N.P., and COMANCHE COUNTY<br>MEMORIAL HOSPITAL,<br><br>Defendants. | ) | Case No.: CIV-23-629-G |

**COMPLAINT**

**COME NOW** the Plaintiffs, Sarah Ressel and Tanner Ressel, individually and as parents and next friend, for the minor child, C.R. (hereinafter collectively referred to as "Plaintiffs"), and for their claim against the Defendants, the United States of America, Laura White, D.O., Angela Farmer, A.R.N.P., and Comanche County Memorial Hospital (hereinafter collectively referred to as "Defendants") hereby allege and state as follows:

**NATURE OF ACTION**

1. This action is brought against Defendants as a result of the negligent care and treatment provided by them to C.R., a minor. The United States of America is a proper party to this action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346, et seq. This action seeks to enforce the rights

granted under the Federal Tort Claims Act and applicable state law. Plaintiff prays for and demands judgment be brought against the Defendants, including compensatory damages, punitive damages and/or exemplary damages, attorney fees, costs and expenses and for such other and further relief as the Court deems appropriate.

## JURISDICTION AND VENUE

2. This Court has proper jurisdiction over Plaintiff's claims brought against Defendants pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346, et seq.

3. Defendant, Laura White, D.O., is licensed to practice medicine in the State of Oklahoma.

4. Defendant, Angela Farmer, A.R.N.P., is licensed to practice medicine in the State of Oklahoma.

5. Defendant, Comanche County Memorial Hospital, is a hospital located in Comanche County, State of Oklahoma.

6. Plaintiffs are residents of the City of Lawton, County of Comanche, State of Oklahoma.

7. Furthermore, all actions given rise to this cause of action occurred within Comanche County, State of Oklahoma. Therefore, jurisdiction and venue are proper in this Court.

8. Plaintiffs provided written notice of this claim pursuant to 28 U.S.C. § 2675. On or about January 19, 2023, the Department of Health & Human Services issued a final denial of the claim with notification to Plaintiffs of their right to bring this action against Defendants.

## FACTUAL ALLEGATIONS

9. On October 16, 2018, Plaintiff, Sarah Ressel, presented to Laura White, D.O., for medical treatment.

10. Defendants were negligent in that they failed to provide and/or maintain adequate facilities, equipment and/or procedures undertaken on C.R., a minor.

11. That Defendants provided either assistance in and for the procedures undertaken or personnel for assistance in and for the procedures undertaken on Plaintiff, minor, C.R., whose care and treatment fell below the applicable standards of care.

12. As a result of the negligence of the Defendants, Plaintiff, C.R., a minor suffered injury and damages.

13. Sarah and Tanner Ressel are the parents and guardians of said minor, C.R. As a result of the Defendants' negligent acts, Tanner and Sarah Ressel have had a loss of consortium with their child.

14. Specifically, Plaintiff, C.R., a minor, has suffered permanent, painful and progressive disabling injuries which have necessitated past and future medical treatment as a result of the acts and/or omissions of the Defendants.

15. Plaintiff is asserting claims, including but not limited to, for pain and suffering, past and future, mental anguish, permanent physical disfigurement, permanent impairment, the reasonable expenses of the necessary medical care, treatment, and services, past and future, lost wages and all other damages which the Plaintiff is entitled to according to Oklahoma law.

16. Furthermore, the acts of the Defendants constitute gross negligence or, in the alternative, willful and wanton conduct, for which the Plaintiff is entitled to recover punitive damages in an amount in excess of Seventy-Five Thousand and 00/100 Dollars ($75,000.00).

**WHEREFORE**, Plaintiffs pray for damages against the Defendants in excess of Seventy-Five Thousand Dollars, costs of this action and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

HOLLOWAY BETHEA & OTHERS, PLLC
3035 N.W. 63rd, Suite 102N
Oklahoma City, Oklahoma 73116
Telephone: (405) 246-0600
Facsimile: (405) 810-4080

By: /s/ Dan L. Holloway
DAN L. HOLLOWAY, OBA#10341
**ATTORNEYS FOR PLAINTIFFS**

**ATTORNEY LIEN CLAIMED!**